UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC LAPRAIRIE, on behalf of himself and all other employees similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>PRESIDIO, INC., PRESIDIO HOLDINGS, INC., PRESIDIO, LLC, PRESIDIO NETWORKED SOLUTIONS GROUP, LLC, and PRESIDIO TECHNOLOGY CAPITAL, LLC,<br><br>              Defendants. | Case No. 6:21-cv-6306<br><br>**NOTICE OF MOTION** |

| | |
|---|---|
| **MOTION BY:** | Plaintiff Eric LaPrairie. |
| **RELIEF REQUESTED:** | An Order remanding this action to the Supreme Court of the State of New York, County of Monroe. |
| **BASIS FOR RELIEF REQUESTED:** | 28 U.S.C. § 1447(c); Court's inherent power. |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction. |
| **DATE AND TIME:** | To be determined by the Court. |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **REPLY PAPERS:** | Pursuant to Local Rule 7(a)(1), Plaintiff intends to file and serve reply papers. |
| **ORAL ARGUMENT:** | To the extent it is beneficial to the Court, Plaintiff requests oral argument. |

Dated: May 10, 2021

                        **THOMAS & SOLOMON LLP**

By:   /s/ Jessica L. Lukasiewicz
       J. Nelson Thomas, Esq.
       Jessica L. Lukasiewicz, Esq.
       Jonathan W. Ferris, Esq.
       Erin K. Hanlon, Esq.
       *Attorneys for Plaintiff*
       693 East Avenue
       Rochester, New York 14607
       Telephone:  (585) 272-0540
       nthomas@theemploymentattorneys.com
       jlukasiewicz@theemploymentattorneys.com
       jferris@theemploymentattorneys.com
       ehanlon@theemploymentattorneys.com